UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ALBERTO VARGAS VASQUEZ,
Plaintiff,

-against-

KEVIN NODDING and COACH ATLANTIC TRANSPORTATION GROUP, INC.,
Defendants.

26-CV-8770 (AS)

ORDER

ARUN SUBRAMANIAN, United States District Judge:

Defendants removed this case arguing that the amount in controversy is greater than $75,000. Pursuant to New York's Civil Practice Law & Rules § 3017(c), Mr. Vasquez is ORDERED to set forth the total damages to which he deems himself entitled on or before October 14, 2026. Defendants should promptly serve this order on Plaintiff.

SO ORDERED.

Dated: October 6, 2026
New York, New York

ARUN SUBRAMANIAN
United States District Judge